COURT OF APPEALS CAUSE NO. 03-14-00621-CV

**FILED**
**March 6, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

| | | |
|---|---|---|
| Frank M. Seliger | § | IN THE COURT OF APPEALS |
| PLAINTIFF | § | |
| | § | |
| vs. | § | |
| | § | |
| Ethiopian Evangelical Church | § | |
| DEFENDANT | § | THIRD DISTRICT OF TEXAS |

## MOTION FOR CONTINUANCE: THAT THE COURT GRANT A 7 DAY CONTINANCE—FOR THE APPELLANT'S BRIEF

The Plaintiff in the case listed above requests a very short 7-day extension of the due date for the Appellant's Brief for the following reason:

The Plaintiff has an elderly 83 year old mother who lives in Houston and is a widow. She recently fell and broke her pelvis. I am the only sibling who lives in Texas. My other siblings are in New York. I have been dealing with this medical situation… and it has set me back a few days in dealing with the Appellant's Brief. The Brief is almost completed. I am confident that I will not need another extension.

Thank you for your assistance in this matter.

RECEIVED

MAR 06 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

pro-se
SIGNATURE OF DEFENDANT

3-6-2015
PRINTED NAME OF DEFENDANT

---

### Certificate of Service

I certify that a complete copy of this document was delivered to the Defendant's attorney… by certified mail.

3/06/2015

Date: 3-06-2015

### Certificate of Conference

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with the appropriate party on the merits of this motion with the following results:

The Plaintiff conferred by phone with opposing counsel-- concerning the above Motion, he stated … with regard to this short extension… "I don't care."